E. R. HEINRICHS v. MERLE LUZIER and NORA LUZIER, his wife
20 So. (2nd) 696                                   January Term, 1945
January 30, 1945                                   Special Division B

James F. Wisehart, Jr., for appellant.

Victor H. Knight, for appellees.

PER CURIAM:

The decree is affirmed.

It is so ordered.

CHAPMAN, C. J., BUFORD, THOMAS and SEBRING, JJ., concur.